

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,137-01 & WR-93,160-01

### IN RE CITY OF LUBBOCK, Relator

### IN RE STATE OF TEXAS EX REL. SUNSHINE STANEK, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS
### CAUSE NO. 2020-421,049
### IN THE 140TH DISTRICT COURT OF LUBBOCK COUNTY, TEXAS
### CAUSE NO. 07-21-00070-CV
### IN THE SEVENTH COURT OF APPEALS

*Per curiam*.

## O R D E R

Relators filed motions for leave to file and petitions for writs of mandamus, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The City of Lubbock requests that this Court issue the writ of mandamus against the Seventh Court of Appeals, compelling the court to vacate its denial of mandamus. *In re City of Lubbock*, No. 07-21-00070-CV (Tex. App.—Amarillo Sep. 2, 2021). The Lubbock County District Attorney requests that this Court issue the writ of mandamus against the 140th District Court, compelling it

to vacate an ex parte order for production of materials by the Lubbock Police Department for in camera inspection.

Respondents, the Seventh Court of Appeals, and the 140th District Court, are invited to respond to Relators' allegations and arguments. The Real Party in Interest, Rodolfo Zambrano, is also invited to provide a response. All responses shall be submitted within 30 days of the date of this order. These motions for leave to file writs of mandamus will be held in abeyance for 30 days.

The Court stayed underlying order in the 140th District Court on September 28, 2021. The stay remains in effect pending further order of this Court.

Filed: October 27, 2021
Do not publish